UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUSAN LYNNE JARVIS-ORR,

    Plaintiff,

Case No. 1:11-cv-1067

v.

HON. JANET T. NEFF

VAN BUREN COUNTY HEALTH
DEPARTMENT, et al.,

    Defendants.
_____/

## ORDER

This is a civil action filed pursuant to 42 U.S.C. § 1983. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on November 12, 2013, recommending that this Court dismiss this action with prejudice for failure to prosecute and failure to comply with the Court's orders. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 34) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that this action is DISMISSED WITH PREJUDICE for failure to prosecute and failure to comply with the Court's orders.

A Judgment will be entered consistent with this Order.

Dated: December 5, 2013                      /s/ Janet T. Neff
                                                         JANET T. NEFF
                                                         United States District Judge